HONORABLE MAGISTRATE JOHN T. RODGERS

Heather C. Yakely, #28848
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCUS "MIKE" HARRIS, and BETTY J. "BETS" HARRIS, Husband and Wife,<br><br>Plaintiffs,<br><br>vs.<br><br>CHELAN COUNTY SHERIFF'S DEPARTMENT, A DIVISION OF CHELAN COUNTY, A MUNICIPAL ENTITY EXISTING UNDER THE LAWS OF THE STATE OF WASHINGTON,<br><br>Defendants. | Case No.  2:17-cv-00137-JTR<br><br>**NOTICE OF UNAVAILABILITY** |

PLEASE TAKE NOTICE that the undersigned counsel will be unavailable on the following dates:

**July 6, 2018 to August 3, 2018.**

NOTICE OF UNAVAILABILITY
page 1

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Counsel respectfully requests that no hearings be scheduled and that no motions, discovery requests, or other documents that require a response be served on the undersigned during the above time periods.

Dated this 2̲ℓ̲ day of March, 2018.

EVANS, CRAVEN & LACKIE, P.S.

By _____
HEATHER C. YAKELY, #28848
Attorneys for Defendants

NOTICE OF UNAVAILABILITY
page 2

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

CERTIFICATE OF SERVICE

I hereby certify that on the 30 day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System, which will send notification of such filing to the following:

Scott M. Kane:  Scott@lacykane.com

        EVANS, CRAVEN & LACKIE, P.S.

        By ___s/ Heather C. Yakely___
        Heather C. Yakely, #28848
        Attorneys for Defendants
        Evans, Craven & Lackie, P.S.
        818 W. Riverside Ave., Ste. 250
        Spokane, WA 99201
        (509) 455-5200
        (509) 455-3632 facsimile
        hyakely@ecl-law.com

NOTICE OF UNAVAILABILITY
page 3

Evans, Craven &
Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632