# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MARCUS "MIKE" HARRIS, and
BETTY J. "BETS" HARRIS, husband and wife,

*Plaintiff*

CHELAN COUNTY SHERIFF'S DEPARTMENT, A DIVISION OF CHELAN COUNTY, A MUNICIPAL ENTITY EXISTING UNDER THE LAWS OF THE STATE OF WASHINGTON,

*Defendant*

Civil Action No. 2:17-CV-0137-JTR

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2019

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 60, is GRANTED IN PART. Plaintiffs' Motion for Summary Judgment, ECF No. 52, is DENIED. Plaintiffs' Section 1983 and due process claims against Defendant are DISMISSED WITH PREJUDICE. Plaintiffs' state law claims are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge John T. Rodgers on a motion for summary judgment.

Date: April 30, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Angela Noel
*(By) Deputy Clerk*

Angela Noel